### Antrim Township Election Case.
### Miller Appeal.

Argued September 15, 1970. *Lawrence C. Zeger,* for appellant; *Kenneth F. Lee,* with him *Black and Davison,* for appellee.

Order affirmed.